UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CHUNG WAI HUNG,

                Petitioner,

    -against-

UNITED STATES OF AMERICA,

                Respondent.
----------------------------------------------------------X

02 CV 6795 (SJ)

**MEMORANDUM AND ORDER**

A P P E A R A N C E S

CHUNG WAI HUNG
04266-082-I
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072
Petitioner, *Pro Se*

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
One Pierrepont Plaza
Brooklyn, NY 11201
By:   Jennifer Ellen Schantz, Esq.
Attorney for the United States

JOHNSON, Senior District Judge:

      Chung Wai Hung ("Petitioner"), proceeding *pro se*, brings this action for return of property seized incident to his arrest on December 21, 1997. Specifically, Petitioner requested the return of his original Chinese Passport and Canadian Immigration Identification documents.

Petitioner's petition was filed on December 19, 2002, the government filed a motion to dismiss the petition on March 28, 2003, which the Court treated as a response to the Petition, and Petitioner filed a memorandum in opposition to the government's response on April 22, 2003.

Since April 22, 2003, neither party has taken any action in connection with this case. Furthermore, according to the Federal Bureau of Prisons, Petitioner was released from custody on November 15, 2006.

Petitioner is now ordered to show cause, within 30 days of the date this Order is filed, why his petition should not be dismissed for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: April 29, 2007
Brooklyn, NY

Senior United States District Judge